UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ABUBALCARR GALBALBEH,

                              Plaintiff,           22 Civ. 224 (LGS)

              -against-             ORDER

CITY OF NEW YORK, et al.,

                           Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Plaintiff served Defendants with his first set of discovery requests on July 2, 2022, and Defendants responded on August 29, 2022. The parties dispute the adequacy of Defendants' responses to these requests.

    WHEREAS, on September 3, 2022, Plaintiff filed a pre-motion letter seeking leave to file a motion to compel discovery under Federal Rule of Civil Procedure 37(a), and on September 6, 2022, Defendants filed a response in opposition to the application and Plaintiff filed a reply to Defendants' letter. It is hereby

    **ORDERED** that, by **September 22, 2022**, the parties shall meet and confer in an effort to resolve this dispute and shall jointly file a letter apprising the Court of any remaining areas of dispute, including any alleged deficiencies and Defendants' responses.

Dated: September 13, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                        UNITED STATES DISTRICT JUDGE