# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**

**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

November 4, 2022

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge

Application **GRANTED.** Plaintiff shall file the required letter, as described in the Order dated November 3, 2022, by **November 9, 2022**. Defendant shall file a response by **November 16, 2022**. So Ordered.

Dated: November 7, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:        *Galbalbeh v. The City of New York, et al.,* 22 CV 224 (LGS)

Dear Judge Schofield:

Following the telephone conference on November 2, 2022, Your Honor gave plaintiff until November 4, 2022 to write the Court about plaintiff's proposed stipulations and motion for summary judgment among other items. The Court gave defendants to respond by November 9, 2022. I respectfully request a short extension. Defense counsel consents. This is the first such request.

If the Court grants this request, the plaintiff's papers would now be due on November 9, 2022 and defendants would have until November 16, 2022 to submit their reply.

Thank you.

Respectfully,

/s
Vik Pawar (VP9101)

Cc: Defense counsel

1