# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**

**Vik Pawar**

TEL (212)  571 0805
FAX (212)  571 0938
**www.pawarlaw.com**

December 5, 2022

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge

Re:         *Galbalbeh v. The City of New York, et al.,* 22 CV 224 (LGS)

Dear Judge Schofield:

  On December 1, 2022, Your Honor set a December 9, 2022, deadline for me to response to certain questions/information regarding discovery.  On the same day, I was informed that my client was being extradited to Texas from a foreign country for a criminal matter in the EDTx.  I am on route there now.  I respectfully request until December 16 to submit the letter.  I left a message with defense counsel seeking her consent but have yet to hear from her.

  Thank you.

Respectfully,

/s
Vik Pawar (VP9101)

Cc: Defense counsel

Application **GRANTED.**  Plaintiff shall file the required letter by **December 16, 2022.**  So Ordered.

Dated: December 6, 2022
  New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

1