# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**

**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
**www.pawarlaw.com**

December 12, 2022

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge

*Application **GRANTED**.  Plaintiff shall file the required letter by*
***December 22, 2022**.  No further extensions will be granted absent*
*extraordinary circumstances.  So Ordered.*

*Dated: December 13, 2022*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:         *Galbalbeh v. The City of New York, et al.,* 22 CV 224 (LGS)

Dear Judge Schofield:

I seek a second extension to file the letter to the Court.

Last week, I was in Texas on a criminal matter and this week, I am travelling overseas for another complex criminal matter.  I will be out of the country until December 17, 2022.  Defense counsel consents to this request.  Please allow me until December 22, 2022 to submit the letter.

Thank you.

Respectfully,

/s
Vik Pawar (VP9101)

Cc: Defense counsel