# PAWAR LAW GROUP P.C.

**ATTORNEYS AT LAW**

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**

**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938
www.pawarlaw.com

December 21, 2022

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge

Re:     *Galbalbeh v. The City of New York, et al.,* 22 CV 224 (LGS)

Dear Judge Schofield:

    The parties have reached a settlement in this action.  Please enter a thirty (30) days Order of Dismissal.

    I thank the Court and wish Your Honor, her staff and family happy holidays.

Respectfully,

/s
Vik Pawar (VP9101)

Cc: Defense counsel