UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ABUBALCARR GALBALBEH,

                                                 Plaintiff,

-against-

THE CITY OF NEW YORK,
JUSTIN RODRIGUEZ,
JOHN DOES 1-4,

                                             Defendants.
------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

22 Civ. 0224 (LGS)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
          __February 3__, 2023

| | |
|---|---|
| VIK PAWAR LAW PLLC<br>*Attorneys for Plaintiff*<br>20 Vesey Street, Suite 1410<br>New York, NY 10007<br>(212) 571-0805<br><br>By: _____<br>     Vikrant Pawar<br>     *Attorney for Plaintiff* | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendant City of New York*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>     Andrea Osgood<br>     *Senior Counsel* |

SO ORDERED:

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dated: __February 6__, 2023

2